IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATHANIEL EDWARDS,

    Plaintiff,

v.                                                     CASE NO. 5:15-cv-00267-MP-EMT

BUREAU OF PRISONS, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 17, 2016. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 15, is adopted and incorporated by reference in this order.

2. Plaintiff's claims in the complaint on Doc. 12 against the Bureau of Prisons and any individual employee of the Bureau of Prisons sued in his or her official capacity are DISMISSED as barred by sovereign immunity under 28 U.S.C. § 1915(e)(2)(B)(iii).

3.   Plaintiff's remaining claims are DISMISSED for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

4.   The clerk is directed to enter a judgment and close the file.

**DONE AND ORDERED** this  *18th*  day of March, 2016

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge